UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

UNITY SHIPPING LINES, INC., et al.,           Chapter 11

    Debtors.                                                  Case No.:    13-16222-PGH
                                                                                                              Case No.:    13-16247-PGH
                                                                                           Case No.:    13-16261-PGH
                                                                                           Case No.:    13-16265-PGH
                                                                                           (jointly administered)

_____/

## NOTICE OF APPEARANCE

      PLEASE TAKE NOTICE that the undersigned attorney appears as counsel for **HENRY MANDIL**, (the "Creditor"), a party-in-interest, and pursuant to, *inter alia*, F.R.B.P., Rules 2002 and 9007 and § 1109(b) of the Bankruptcy Code, requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be provided to and served upon the undersigned.

      PLEASE TAKE FURTHER NOTICE that pursuant to § 1109(b) of the Bankruptcy Code, this request includes not only the notices and papers referred to in the Bankruptcy Rules set forth above, but also includes, without limitation, any and all other orders and notices of application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted by or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, email or otherwise that (1) affects or seeks to affect in any way any rights or interests of any creditor or party-in-interest in this case, including the Creditor with respect to: (a) the debtor; (b) property of the estate, or proceeds thereof, in which the debtor may claim an interest; or (c) property or proceeds thereof in the possession, custody or control of others that the debtor may seek to use; or (2) require or seeks to require any act, delivery of any property, payment, or other conduct by the Creditor.

      PLEASE TAKE NOTICE that neither this Notice of Appearance nor any later appearance, pleading, claim, or suit shall waive any (1) right to have final orders in noncore matters entered only after de novo review by a District Judge, (2) right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) other rights, claims, actions, defenses, setoffs, recoupments, or remedies to which the Creditor is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, recoupments, and remedies are expressly reserved.

I HEREBY CERTIFY that on March 21, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel who are not authorized to receive electronic Notices of Electronic Filing.

        **MINERLEY FEIN, P.A.**
        *Attorneys for Henry Mandil*
        1200 N. Federal Highway, Suite 420
        Boca Raton, FL  33432
        Phone: 561/362-6699
        Fax:    561/447-9884

        By: <u>s/Andrew K. Fein</u>
            Andrew K. Fein
            Fla. Bar No. 956430