UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM DIVISION

In re:

Unity Shipping Lines, Inc. et al.,   Chapter 11

Case No:  13-16222-PGH
Case No:  13-16247-PGH
Case No:  13-16261-PGH
Case No:  13-16265-PGH
(jointly administered)

Debtors.
_____/

### UNITY SHIPPING LINES, INC.'S *EX PARTE* MOTION FOR EXTENSION OF TIME TO FILE SCHEDULES AND STATEMENTS

Debtor in Possession, Unity Shipping Lines, Inc. (the "Debtor"), by and through undersigned counsel, and pursuant to Rule 1007(c) of the Federal Rules of Bankruptcy Procedure and Local Rules 1007-1(C) and 9013-1(C), hereby files this *Ex Parte Motion for Extension of Time to File Schedules and Statements* (the "Motion").  The Motion seeks the entry of an order, on an *ex parte* basis, extending the time within which the Debtor must file certain schedules, statements and declarations.  In support of the Motion, the Debtor respectfully states as follows:

### JURISDICTION

1.     This Court has jurisdiction over this Motion under 28 U.S.C. §§ 157 and 1334.  Venue is proper under 28 U.S.C. §§ 1408 and 1409.  This is a core proceeding as defined in 28 U.S.C. § 157(b)(2).  The predicates for the relief requested are Rule 1007(c) of the Federal Rules of Bankruptcy Procedure and Local Rules 1007-1(C) and 9013-1(C).

### BACKGROUND

2.     On March 20, 2013 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 the Bankruptcy Code.  Pursuant to sections 1107(a) and 1108 of the Bankruptcy Code, the Debtor is in possession of its assets and managing its affairs as a debtor in

{1678/000/00180405}

possession. As of the date hereof, no trustee, examiner, or statutory committee has been appointed in this case.

3. On March 21, 2013, the Court issued a notice (the "Notice") [ECF No. 8] stating that the following documents were to be filed by April 3, 2013: Schedule B, Schedule G, the Statement of Financial Affairs, and the Declaration Concerning Debtor's Schedules (collectively, the "Schedules and Statements").

4. Through the Motion, the Debtor seeks to extend the deadline to file the Schedules and Statements for a period of nine (9) days, to through and including April 12, 2013.

## BASIS FOR RELIEF REQUESTED

5. The Debtor filed the above-referenced case on March 20, 2013, along with the other above-referenced jointly administered debtors. While the Debtor has made significant progress towards compiling necessary information for the Schedules and Statements, and has complied various information and documents for other schedules filed along with the petition on March 20, 2013 and for the initial debtor interview, the Debtor requires additional time to continue compiling such necessary information for, and finalize and review, the Schedules and Statements.

6. The Debtor submits that sufficient cause exists in support of the relief requested herein, and that no prior request for extensions has been sought.

7. The Debtor further submits that no creditor or party in interest would suffer prejudice should the Court grant the relief requested. Extending the deadline to file the Schedules and Statements to April 12, 2013 will present the Office of the United States Trustee and any other interested party sufficient time to review the Schedules and Statements prior to the 341 Meeting of Creditors, which has been scheduled for April 25, 2013 [ECF No. 34].

8. The Debtor has electronically submitted a proposed order granting the relief requested herein contemporaneously with the filing of this Motion.

**WHEREFORE**, the Debtor requests that this Court enter an Order: (i) granting the Motion, (ii) extending the Debtor's deadline to file the Schedules and Statements through and including April 12, 2013, and (iii) for any other relief the Court deems just and equitable.

Respectfully submitted,

**SHRAIBERG, FERRARA & LANDAU, P.A.**
Attorneys for the Debtor
2385 NW Executive Center Drive, #300
Boca Raton, Florida 33431
Telephone: 561-443-0800
Facsimile: 561-998-0047
Email: blee@sfl-pa.com

By:   /s/ Bernice C. Lee
        Bernice C. Lee
        Florida Bar. No. 0073535

## ATTORNEY CERTIFICATION

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via Notice of Electronic Filing to those parties registered to receive electronic noticing in this case on this the 3rd day of April, 2013.

   /s/ Bernice C. Lee
        Bernice C. Lee