UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

                                                                           CASE NO. 13-16222-BKC-PGH
                                                                           CHAPTER 11

In Re: UNITY SHIPPING LINES, et al.

Debtors.
_____/

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

    Undersigned counsel hereby appears as counsel for Central Asia Trading Company International ("CATC"), as a party in interest, and pursuant to Rule 9010 of the Bankruptcy Rule of Procedure, requests that all further notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon:

                              Allison L. Friedman, Esq.
                              Allison L. Friedman, P.A.
                        20533 Biscayne Blvd., Suite 4-435
                              Aventura, Florida 33180
                                  305-905-2679
                                 [ralfriedman@gmail.com](mailto:ralfriedman@gmail.com)

    PLEASE TAKE FURTHER NOTICE that pursuant to the Bankruptcy Code, the foregoing request also includes, without limitation, all orders and notices of any application, motion, petition, pleadings, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise which affect or seek to affect in any way CATC's rights or interest with respect to the Debtor, property of the Debtor, or property of the estate, including proceeds thereof, in which the debtor may claim an interest.

Case No. 13-16222-BKC-PGH

-2-

  I HEREBY CERTIFY that on the 8th day of April, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and served same via the Notice of Electronic to all parties registered to receive electronic notice.

                By: <u>s/ Allison L. Friedman</u>
                  ALLISON L. FRIEDMAN, ESQ.
                  Fla. Bar No. 0055336
                  ALLISON L. FRIEDMAN, P.A.
                  20533 Biscayne Boulevard, Suite 4-435
                  Aventura, Florida 33180
                  (305) 905-2679 (Telephone)
                  (305) 692-9387 (Facsimile)
                  Ralfriedman@hotmail.com