# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
### FT. LAUDERDALE DIVISION
#### www.flsb.uscourts.gov

| | |
|---|---|
| **IN RE:**<br><br>YACHT PATH INTERNATIONAL, INC.<br>d/b/a YACHT PATH MARINE GROUP,<br><br>Debtor. | Case No.:  13-16222-PGH<br><br>(Jointly Administered Case)<br><br>Chapter 11 |

### CERTIFICATE OF SERVICE
### [D.E.# 74]

 **I HEREBY CERTIFY** that a true and correct copy of *Amended Motion to Appoint a Chapter 11 Trustee* [D.E. #74] was served electronically on the date filed, and by U.S. mail on the attached Service Lists on the 17th day of April, 2013.

 *I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).*

 /s/ Charles M. Tatelbaum
 Charles M. Tatelbaum
 Florida Bar No. 177540
 Esperanza Segarra
 Florida Bar No. 527211
 HINSHAW & CULBERTSON LLP
 One East Broward Boulevard
 Suite 1010
 Ft. Lauderdale, FL 33301
 Telephone:  954-467-7900
 Facsimile:  954-467-1024

# Mailing Information for Case 13-16222-PGH

### Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Alvin F Benton**    alvin.benton@hklaw.com
- **Miguel M Cordano**    mc@lgplaw.com,
  mra@lgplaw.com;fpc@lgplaw.com;rb@lgplaw.com;mbl@lgplaw.com;mds@lgplaw.com;mg@lgplaw.com;lbr@lgplaw.com
- **Andrew K Fein**    drew@minerleyfein.com, fileclerk@minerleyfein.com;litigation@minerleyfein.com
- **Allison L Friedman**    ralfriedman@hotmail.com
- **Robert L. Jennings**    hbrj@aol.com, sonja.scaggs@gmail.com
- **Todd M LaDouceur**    tladouceur@gitbs.com
- **Bernice C. Lee**    blee@sfl-pa.com, vchapkin@sfl-pa.com
- **Laudy Luna**    ll@lgplaw.com, de@lgplaw.com
- **Arthur C. Neiwirth**    aneiwirthcourt@qpwblaw.com
- **Office of the US Trustee**    USTPRegion21.MM.ECF@usdoj.gov
- **Bradley S Shraiberg**    bshraiberg@sfl-pa.com, dwoodall@sfl-pa.com;vchapkin@sfl-pa.com;lrosetto@sfl-pa.com;scusack@sfl-
  pa.com;blee@sfl-pa.com
- **Charles M Tatelbaum**    ctatelbaum@hinshawlaw.com,
  csmith@hinshawlaw.com;carrese@hinshawlaw.com;lportuondo@hinshawlaw.com;esegarra@hinshawlaw.com;clucas@hinshawlaw.com

### Manual Notice List

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Ashraf H Boutros**
2100 East Sample Rd #202
Lighthouse Point, FL 33064

**Lloyd Taylor**
630 SW Alice St
Portland, OR 97219

### Creditor List

Click the link above to produce a complete list of **creditors** only.

### Mailing Matrix

Click on the link above to produce a list of **all** creditors and **all** parties in the case. User may sort in columns or raw data format.

Label Matrix for local noticing
113C-9
Case 13-16222-PGH
Southern District of Florida
West Palm Beach
Tue Apr 16 16:26:04 EDT 2013

BBC Chartering & Logistic GmbH & Co. KG
C/O GJTBS
118 East Garden Street
Pensacola, FL 32502-5624

Bank of America, N.A.
c/o Liebler, Gonzalez & Portuondo, P.A.
44 West Flalger Street
Courthouse Tower - Suite 2500
Miami, Fl 33130-6808

Bank of America, N.A.
c/o Miguel M. Cordano, Esq.
Liebler, Gonzalez & Portuondo, P.A.
Courthouse Tower, 25th Flr.
44 W. Flagler Street
Miami, FL 33130-1808

Central Asia Trading Company International
Allison L. Friedman, PA
20533 Biscayne Blvd.
Suite 4-435
Aventura, Fl 33180-1529

Coon Holdings, Inc.
c/o Arthur C. Neiwirth, Esq.
One East Broward Blvd.
Suite 1200
Fort Lauderdale, Fl 33301-1806

D.O.A. Charter, LTD.
c/o Charles M. Tatelbaum
1 East Broward Blvd
Suite 1010
Fort Lauderdale, FL 33301-1866

Dartmore Assets Limited
Holland & Knight LLP
c/o Alvin F. Benton
200 South Orange Ave.
Suite 2600
Orlando, FL 32801-3453

Dolphin Partners, LTD.
c/o Charles M. Tatelbaum
1 East Briward Blvd.
Suite 1010
Fort Lauderdale, FL 33301

Eagle Crown Enterprises, Ltd.
Jennings & Valancy, P.A.
306 SE Detroit Avenue
Stuart, FL 34994-2113

Ferrum Investments, LTD
c/o Charles M. Tatelbaum
1 East Broward Blvd.
Suite 1010
Fort Lauderdale, FL 33301-1866

PJ Pacific, LLC
c/o Charles M. Tatelbaum
1 East Broward Blvd.
Suite 1010
Fort Lauderdale, FL 33301-1866

Pure Luxury, LLC.
c/o Charles M. Tatelbaum
1 East Broward Blvd.
Suite 1010
Fort Lauderdale, FL 33301-1866

Unity Marine, Inc.
2860 W State Rd 84 #118
Ft. Lauderdale, FL 33312-4810

Unity Shipping Lines, Inc.
2860 West State Rd. 84, Suite 118
Fort Lauderdale, FL 33312-4810

Yacht Path International, Inc.
2860 W State Rd 84 #118
Ft Lauderdale, FL 33312-4810

Yacht Path Palm Beach, Inc.
2860 W State Rd 84 #118
Ft. Lauderdale, FL 33312-4810

358156 Alberta Ltd./John Carlton
Attn: Darlene and John Carlton
Box 22132
Grande Prairie, Alberto
Canada T8V6X1

A.J. Deitsch Trading Co., Ltd.
Attn: Julian Cohen
Akara Bldg; 24 The Castro St
Road Town, Tortola
British Virgin Islands

Ad Astra Charter Limited
Attn: Frank Ten Brink
853 Valley Rd.
Glencoe, IL 60022-1449

Ahmed F. Shaker
Sky Office Building
Jeddah, Saudi Arabia 126767

Air Marine Holdings Ltd.
Attn: Lizette Gonzalez
Midocean Chambers
PO Box 805
Road Town, British Virgin Islands

Alain Mees and Sarl Faceal, Inc.
c/o Josua Entin
Rosen, Switkes & Entin, P.L.
407 Lincoln Road, PH SE
Miami Beach, FL 33139-3029

Alan MacKenzie
c/o Hill, Betts & Nash LLP
1515 SE 17th Street, Suite A115
Fort Lauderdale, FL 33316

All Hawaii Cruises, Inc.
Attn: Charlene Caminiti
1860 Ala Moana Blvd
Suite 414
Honolulu, HI 96815-1643

Allan McKenzi
27068 Wellington
Barrington, IL 60010-3864

Alpha-Con Inc.
Attn: H. Allen Stuart
PO Box 4129
Kailua Kona, HI 96745-4129

Ames United PTE Ltd.
Attn: Andy Chua
2 Jurong East
#05-01 IMM
Singapor

Ames United PTE Ltd.
c/o Barry J. Thompson
Hogan Lovells US LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6047

Andres Romo Leroux Estrada
Attn: Matthew Stropes
Km 5 1/2 Via a Somborondon,
Urbanizacion Madeira
Guayaquil, Ecuador

Andrew Bereson
532 C St.
San Diego, CA 92101-5208

Anthony Lee and Tony Lee
16 Marlin Place
Manly, Queen
Australia 4179

Atlantic Wind Inc.
Attn: Obarrio, Avenida Samuel
Edificio Omega Primer Piso
Panama

BBC Chartering Germany
P.O. BOX 12 45
Leer, Germany
D-26762

BBC Chartering USA
6565 West Loop South, Suite 200
Bellaire, TX 77401-3510

Bank of America, Garnishee
Morgan F. Spector - Liebler, Gonzalez &
Portuondo, PA / Courthouse Tower 25thFlr
44 West Flagler Street
Miami, FL 33130-1808

Beluga Chartering GMBH
c/o Jonathan Skipp - Horr, Novak & Skipp
Two Datran Center, Suite 1700
9130 S Dadeland Blvd
Miami, FL 33156-7809

Belvedere Shipping Co,
Law Office of CJ Farley, Inc.
140 Newport Center Drive
Suite 250
Newport Beach, CA 92660-6977

Belvedere Shipping Co.
Attn: James Saddington
Scotia Centre, 4th Floor
PO Box 268
George Town, Grand Cayman

Berdan Enterprises, LLC
Attn: Dan Rosenthal
501 Spectrum Circle
Oxnard, CA 93030-7949

Blaine Marine Services
Attn: Bob Brooks
199 Marine Drive
Blaine, WA 98230-4044

Boats International Inc.
771 West Atlantic Blvd.
Pompano Beach, FL 33060-5953

Bonair Vista LLC
Attn: George Champion III
PO Box 1806
La Jolla, CA 92038-1806

Bruce R. Clark
2701 Ebbtide Rd.
Corona Del Mar, CA 92625-1403

Bruno Rodriguez
PO BOX 902-3422
San Juan, PR 00902-3422

Bruno Rodriguez
c/o Carlos Romero, Jr.
Post & Romero
3195 Ponce de Leon Blvd, Suite 400
Miami, FL 33134-6801

CHIPOLBROK, Chinese-Polish Joint
Shipping Company; c/o John A. Orzel
Carroll, McNulty & Kull, LLC
120 Mountain View Blvd, PO Box 650
Basking Ridge, NJ 07920-0650

Carisbrooke Shipping Ltd
38 Medina Road
Cowes, PO31 7DA
United Kingdom

Carl Simone
527 Lake Road
Ponte Vedra Beach, FL 32082-2307

Carlos Lopez-Lay
PO Box 190816
San Juan, PR 00919-0816

Central Asia Trading Company Int'l
c/o Allison L. Friedman
Allison L. Friedman, PA
20533 Biscayne Blvd, Suite 4-435
Miami, FL 33180-1529

Cerca, LLC
Attn: Lynn Nieto
2511 Silverside Road
Suite 105
Wilmington, DE 19810

Christina Lapinska
4922 Windward Way
Fort Lauderdale, FL 33312-5244

Christopher Bass
911 Walnut Street, #9147
Green Cove Springs, FL 32043

Cigisped USA
Attn: Felix Rosario
5522 NW 72nd St
Miami, FL 33166-4252

Cynthia Koudela
3411 NW 158th St.
Seattle, WA 98155

Cynthia L. Koudela
PO Box 157
Bear, DE 19701-0157

D.O.A. Charter, Ltd.
c/o Robert McIntosh
McIntosh, Schwartz, P.L.
888 SE 3rd Ave, Suite 500
Fort Lauderdale, FL 33316-1159

DK Marine
Attn: James Haffey
The Iridium, Suite 208
Dubai, UAE

Daiwa Jyuhan Co. Ltd.
Attn: Steven Mandarino
1-6-1 Kitasaiwai Nishiku
Yokohama, Japan

Dan Palmer
Attn: Mark Felhofer
6225 N. Brady Street
Davenport, IA 52806-5600

Dan Palmer, NTG Ltd., The Scott W.
Stewart Living Trust and Mike Waite
c/o Hill, Betts & Nash LLP
1515 SE 17th Street, Suite A115
Fort Lauderdale, FL 33316

Daniselli Forwarding A.D.F. srl
Via Carlo Del Prete n 2
Pisa, Italy 56121

Dartmore Assets Limited
c/o Gennifer Bridges Powell
Holland & Knight
200 South Orange Ave. Suite 2600
Orlando, FL 32801-3453

David F. Green
815 Interlaken Drive
New Iberia, LA 70563-1239

David H. Harrigan
7004 Orozco Dr.
Riverside, CA 92506-5563

Denise Leonardo
9266 Keating Drive
Palm Beach Gardens, FL 33410-5952

Dennis Cummings
11178 Mainsail Ct.
Wellington, FL 33449-7415

Distribuidora Mariner
Attn: Alberto Sasson
PO Box 55-2635
Paitilla, Panama

Dolphin Partner's Ltd.
Attn: Bryce Simpson
6847 Cintas Blvd
Mason, OH 45040-9107

Dolphin Partners, Ltd.
c/o Robert McIntosh
McIntosh, Schwartz P.L.
888 S.E. 3rd Ave. Suite 500
Fort Lauderdale, FL 33316-1159

Dwayne Stidman
6831 Koelber Rd
Richmond, TX 77469

Dwayne Stidman
c/o John Wesley Wauson
1 Sugar Creek Center Blvd
Sugar Land, TX 77478-3560

Eagle Crown Enterprises Limited
c/o Elliot Bishop
Hill Dickinson, LLP
3 St. James Square, London, SW1Y 4J
England

Eagle Crown Enterprises Limited
c/o Robert Jennings
Jennings & Valancy, PA
306 SE Detroit Ave
Stuart, FL 34994-2113

El Salvador Sportfishing S.A. De CV
Attn: Carlos Safie
Carrertera Panamericana
KM 11.5
Ilopango, El Salvador

Elliott Olson
517 17th Street
Santa Monica, CA 90402-3007

Elliott Transport
c/o Martin D. Stern
Hinshaw & Culberston, LLP
One East Broward Blvd, Suite 1010
Fort Lauderdale, FL 33301-1866

Elliott Transport Consultants Inc.
21199 Rue Euclide Lavigne
Ste Anne De Bellevue, QC
H9X 4C9, Canada

Fatima Limited
c/o Roselvin Sanchez
Harper Meyer, LLP
201 South Biscayne Blvd. Suite 800
Miami, FL 33131-4329

Flinter Shipping
P.O. BOX 349
Barendrecht
20990 AH, Netherlands

Florida Department of Revenue
Florida Dept. of Revenue
5050 W. Tennessee St.
Tallahassee, FL 32399-0135

Florida Great Lakes Charter Corp
c/o Stephanie Barrett
Hill , Dickinson LLP
Irongate House, Dukes Place
England EC3A 7HX

Florida Great Lakes Charter Corp.
Attn: Rose Avigliano
6120 River Road
Hodgkins, IL 60525-4278

Forty Ltd.
Attn: Tony Orton
Trident Chambers;
Road Town, Road Town
British Virgin Islands

Fowler White Burnett PA
395 Brickell Avenue
14th Floor Espirito Santo Plaza
Miami, FL 33131

Fred Fishman
PO Box 1551
North Myrtle Beach, SC 29598-1551

GB46LLC
Attn: Scott Blake
1815 Orlando Rd
San Marino, CA 91108-1260

Gail T. Ryan
11271 Rexmere Road
West Palm Beach, FL 33411

Gary Kunz
1611 NE Marine
Portland, OR 97211-1533

Gascoyne & Bullion PC
77 Sugar Creek Center Blvd, Ste 280
Sugar Land, TX 77478-3673

Gascoyne & Bullion, P.C.
77 Sugar Creek Center Boulevard
Suite 280
Sugar Land, TX 77478-3673

Geoff Wall
Caves Heights, Building 2, Unit 1B
Nassau, Bahamas

Georg Von Griesheim
c/o Sarah Louise Allan
Bentleys, Stokes and Lowes
International House 1 St. Katharines Way
London, E1W 1YL England

Georg von Griesheim
Calatrava 24, 2.Piso
07001 Palma de Mallorca,
Spain

George Shindler
3171 Travers Ave
West, BC
Canada V7V1G4

George Stonecliff
11503 26th Ave
Seattle, WA 98146-3408

Gerardus Teunes Johannes Nowee
and Mary Anne Nowee
Attn: Jerry Nowee
14601 40' Avenue
Surrey, BC Canada U3S0L2

Glaze Yacht Company Ltd.
Attn: Celine Bandelac
G Cali Street
Ta'xbiex, Malta, Malta

Grieg Star Shpping AS
P.O. Box 781 Sentrum
Bergen
NO-5807, Norway

Guillermo Tous
Arturo Rivera Mujica St. A-5
Guaynabo, PR 00966-2137

HC Melina Schiffahrts GmbH
22926 Ahrensburg
Lubeck
23568, Germany

HT Hook LLC
Attn: Harry Shufflebarger
19050 SE Country Club Drive
Jupiter, FL 33469-1301

Hartford Specialty Company
c/o Hartford Fire Insurance Company
Bankruptcy Unit T-1-55
Hartfore Plaza
Hartford, CT  06115

Hatteras Holdings, LLC
Attn: Mike Shrosbree
3511 Silverside Road, Suite 105
Wilmington, DE 19810-4902

Henry Mandil
c/o Andrew K. Fein
Minerley Fein, P.A.
1200 N. Federal Highway, Suite 420
Boca Raton, FL 33432-2847

Hoikkala-Marine Management, Consulting
611 11 STREET, STE 105
Miami, FL 33169

Holo Kai LLC
Attn: Chase Leavitt
3511 Silverside Road Suite 105
Wilmington, DE 19810-4902

Igho Okotete, DBA Multiplan Nigeria Ltd
c/o Shola Anthony Sutton
Sutton Law Firm, PC
7211 Regency Square, Suite 209
Houston, TX 77036-3122

Internal Revenue Service
Attn: Special Procedures
P.O. Box 34045
Stop 572
Jacksonville, FL 32202

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

James W. Roberts
411 Walnut Street
#3824
Green Cove Springs, FL 32043-3443

James W. Roberts III
411 Walnut Street #3824
Green Cove Springs, FL 32043-3443

James and Sarah Taylor
Attn: Jim Taylor
CMR 420 Box 256
APO, Heidelberg, Germany 09063

Jean Paul Orange
c/o Gregory Beck
Gregory R. Beck, PA
707 Southeast 3rd Ave, Sixth floor
Fort Lauderdale, FL 33316-1140

Jennifer Kowalewski
132 S. Seine Drive
Upper Apartment
Buffalo, NY 14227-3029

Joanna Rizzoni
413 SW 18th St
Fort Lauderdale, FL 33315-2025

John Gudelsky
1021 Gulfstream Way
West Palm Beach, FL 33404-2732

John M. Chaput
1313 Maple St.
Big Rapids, MI 49307-1654

Jonathan W. Skipp
Two Datran Center, Suite 1700
9130 S. Dadeland Blvd.
Miami, FL 33156-7818

(c)JOSE IGNACIO SANCHEZ
C/O JAMES H. PERRY, II
PERRY & NEBLETT, P.A.
2550 S BAYSHORE DR STE 211
MIAMI FL  33133-4743

Kahled Chami
2649 Brenner
Dallas, TX 75220-1319

Ken Dubach
9786 North Foothills Highway
Longmont, CO 80503-9001

Kenneth E Farst and Candice K Farst
Attn: Ken Farst
311 Dunnigan Dr.
Vandalia, OH 45377-2616

Kenneth Williams
c/o J. Michael Pennekamp
Espirito Santo Plaza
1395 Brickell Ave, 14th Flr
Miami, FL 33131-3371

Kent E. Skogerson
19994 Caulee View Rd NE
Electric City, WA 99123-9711

Kenward F. Kolar
Attn: Shane Walsh
PO Box 370
Moulton, TX 77975-0370

Kevin Cummings
2860 West State Rd. 84, Suite 118
Fort Lauderdale, FL 33312-4810

Kevin E. Kaylor
1828 Colleen Drive
Orlando, FL 32809-6876

La Belletoile, Societe Anonyme
Attn: Mr. Javier Martinez-Campos
49 Main Street, PO Box 186
Road Town, Tortola
British Virgin Islands

Lanring Company
c/o Elizabeth M. Ryan
Kass, Shuler, PA
PO Box 800
Tampa, FL 33601-0800

Last Chance Marine
Attn: Brit Robinson
100 W MLK Blvd
Suite 600 Krystal Bldg
Chattanooga, TN 37402-2506

Laurence Runsdorf
5883 NW 25th Ct
Boca Raton, FL 33496-2230

Lloyd Taylor
630 SW Alice St
Portland, OR 97219-4761

Lodestar Limited
Attn: Alex Antonov
Trust Company Complex, Ajeltake Road
Majuro, MH96960

Lorraine Cummings
2807 Veronia Dr
Apt 113
Palm Beach Gardens, FL 33410-2922

Maersk-Rickmers
350 Glenborough, Suite 180
Houston, TX 77067-3622

(c)MAGELLAN MANAGEMENT & CONSULTING AMERICA
C/O BINO BUTTO
PERRY & NEBLETT, P.A.
2550 S BAYSHORE DR STE 211
MIAMI FL  33133-4743

Mako Marine Ventures Ltd.
Peter Spinelli
11500 S. Easter Avenue Suite 120
Henderson, NV 89052-5575

Mamas Trading
Attn: Stelios Pontzis
Muscat Airport
111 Sultanate of Oman
Muscat, Muscat 111

Marin International Yacht Sales
Attn: Bryan Whitney
235 Posada Del Sol
Novato, CA 94949-6388

Marin International Yacht Sales, LLC
c/o John Gladych
Gladych & Associates, Inc.
1400 Bristol St, N, Suite 210
Newport Beach, CA 92660-2965

Marin International Yacht Sales, LLC
c/o Rupert P. Hansen
Cox, Wooton, Hansen & Poulos, LP
190 The Embarcadero
San Francisco, CA 94105-1201

Mark Brundell and Kristine Brundell
12/2758 158 St.
Surrey, BC
Canada, V3S3K3

Mark Brundell and Kristine Brundell
c/o William B. Milliken
Hayden, Milliken & Boeringer P.A.
2121 Ponce de Leon Blvd, Suite 730
Coral Gables, FL 33134-5222

McCord Family Trust dtd 1/14/98
Attn: Frank and Janet McCord
1611 Santa Barbara Lane
Huntington Beach, CA 92649

Mehmet Dogruman
900 Biscayne Blvd, Apt 5810
Miami, FL 33132-1586

Michael Moore
2326 NW 99th Street
Seattle, WA 98117-2525

Michael Waite
355 Lake Road
Menasha, WI 54952-3418

Mindy Bluewater Syndicate, LLC
c/o Corey E. Hoffman, P.A.
3250 Mary Street, Suite 303
Coconut Creek, FL 33313

Miracle Marine Ventures
Attn: Ignacio Gil
Palm Chambers; 197 Main Street
Road Town, Tortola
British Virgin Islands

Miss Rich II Corp
Attn: Glenn Richardson
16328 W LA Hwy 330
Abbeville, LA 70510-7751

NMA Maritime & Offshore Contractors
Strevelsweg 700
Rotterdam
3083 AS, Netherlands

NTG, Ltd.
Attn: Mark Felhofer
500 N. Franklin Street
Chicago, IL 60654-4604

Neal and Lynn Parker
10004 Rainier Ave. S.
Seattle, WA 98178-2547

Neil Wilshire
1005 Beach Ave
Vancouver, BC
Canada V6E3W2

Neville Hansen
170 W. Cochran St.
Simi Valley, CA 93065-6215

Niko II Marine Ventures Ltd
Attn: Francesco Lignarolo
Palm Chambers;197 Mainstreet PO Box 4493
Road Town, Tortola
British Virgin Islands

Nordana Project
Rungsted Strandvej 113
DK-2960 Rurgsted Kyst
Denmark

Ocean Travel Limited
Attn: Anne Messeri
Tortola
British Virgin Islands

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

P & P Marine
Attn: Francisco Bulnes
PO Box 383
Pacific Palisades, CA 90272-0383

PJ Pacific, LLC
c/o Robert D. McIntosh
McIntosh, Schwartz, PL
888 SE 3rd Ave, Suite 500
Fort Lauderdale, FL 33316-1159

Pacific Hawk, LLC
Attn: Craig Adams
205 SE Spokane St. Suite 373
Portland, OR 97202-6494

Pagoni Investment, Murat Ozteke
and Sinan Ikiz
c/o John C. Akbulut
36 East 20th Street
New York, NY 10003-1315

Paul Helyer
16 Shelford Road #04-13
16B Shelford Suites
Singapore 286653

Paul Steele
4100 Hay Rd.
Lutz, FL 33559-8113

Paxson Offield
101 Veudecou Ave
Avalon, CA 90704

Peter Ryan
12139 57th Rd N
West Palm Beach, FL 33411-8543

Peters & May
Goodwood Road
Unit 9
Southampton
SO50 4NT, United Kingdom

Philip K. Yachmetz
4 Valley Forge Rd.
Oakland, NJ 07436-2330

Philip R. Habegger
91 E. Rhododendron Drive
Port Townsend, WA 98368-9483

Plaza Vieja, SA
c/o Laurie M. Chess: Jones, Walker,
Waechter, Poitevent, Carrere & Denegre
201 South Biscayne Blvd, Ste 2600
Miami, FL 33131-4341

Prospero LLC
Attn: Dirk Sachse
250 N. Hansard
PO Box 39
Lebanon, OR 97355-0039

Raymond J. Paige
70221 Calico Road
Rancho Mirage, CA 92270-3407

Rebecca Patchin
Attn: John Sears
18195 Kross Rd
Riverside, CA 92508-8897

Richard Arcand
82 52304 Range Rd 233
Sherwood, PK
Alberta, Canada T8B1C9

Richard Phillips
13839 Sunny Court SE
Rainier, WA 98576-9510

Robert A. Linden, Maureen A. Orr
Attn: Maureen Orr
16 River Drive
Alamosa, CO 81101-2045

Robert Bradley
2567 Princes Highway
Port Fairy, Victoria
Canada 3284

Rum Jungle Properties, Ltd.
c/o Lawrence J. Forno
6615 Boynton Beach Blvd. # 200
Boynton Beach, FL 33437-3526

S & 3M LLC
Attn: David Baker
1422 Woodland Drive
Saline, MI 48176-1633

SE Shipping Lines PTE Ltd
Maritime Square, #11-23/23A
Harbour Front Center
099253, Singapore

SEC Headquarters
100 F Street, NE
Washington, DC 20549-2001

Sawchuk Intl Real Estate Services Inc.
Attn: Benjamin Sawchuk
588-Lowry Lane
North Vancouver, BC Canada V7G 1R3

Schwimmwagen Inc.
Attn: Gerhard Plaschka
1209 Orange St.
Wilmington, DE 19801-1120

Scott Stoner
PO Box 1036
Woodinville, WA 98072-1036

Scott W. Stewart Living Trust
Attn: Scott Stewart
700 Lake Shore
Grafton, WI 53024-9723

ScottFree, Ltd.
c/o David Weil
Weil & Associates
295 Redondo Ave. #203
Long Beach, CA 90803-5968

Sea Grace Investments Ltd.
Attn: Rick Kellogg
Trident Chambers; PO Box 146
Road Town, Tortola
British Virgin Islands

Securities and Exchange Commission
801 Brickell Ave., Suite 1800
Miami, FL 33131-4901

Seven D's LLC
Attn: Daniel Dobin
One Bay Colony Lane
Fort Lauderdale, FL 33308-2003

Seven J's Marine LLC
Attn: Neil Peterson
757 SE 17th Street #1124
Fort Lauderdale, FL 33316-2960

Stan C. Stewart
PO Box 668
La Conner, WA 98257-0668

Stanford Clinton, Jr.
5900 Columbine Drive
PO Box 7420
Jackson, WY 83002-7420

Stanley J. Anderson
10303 Channel Rd.
Lakeside, CA 92040-1707

Steve Shulman
3986 Sequoia St.
San Diego, CA 92109-6139

Sum Chee Keong
Attn: CK Sum
110-C, Sixth Ave
Singapore

Sur 93 LLC
Attn: Jorge Sampietro
6051 Business Center Ct.
San Diego, CA 92154-6641

TW-PMR 13015G910 Holdings Limited
c/o Brian D. Gottlieb
Morgan, Olsen & Olsen, LLP
633 South Federal Hwy, Suite 400 A
Fort Lauderdale, FL 33301-3393

Thomas Braman
One O'Connor Plaza
Suite 1100
Victoria, TX 77901-6549

Thorco Shipping
2500 East T.C. Jester Blvd
Suite 300
Houston, TX 77008-1468

Tobi Marine Trading Co. Ltd.
Attn: Ned Bruck
4-38-2 Keichiro, Ota-Ku
Tokyo, Japan

Turistica La Esocia S.A.
Attn: Rene Chamorro
Managua, Nicaragua

Twilight Yacht Charters
Attn: William Schriber
1038 W. Balboa Ave
Newport Beach, CA 92661-1004

US Attorney Southern District of Florida
500 East Broward Boulevard
Fort Lauderdale, FL 33394-3000

US Medical International Inc.
c/o Eric Webb
Webb & Beecher
6253 Hollywood Blvd, Suite 203
Los Angeles, CA 90028-8248

United States Attorney General's Office
US Department of Justice
950 Pennsylvania Avenue
Washington, DC 20530-0001

Unity Marine, Inc.
2860 West State Rd. 84, Suite 118
Fort Lauderdale, FL 33312-4810

Urban Broadcasting Corp.
Attn: Theodore M. White
3604 Prospect St. NW
Washington, DC 20007-2633

Veritas Coffee Company
Attn: John Hamilton
686 NW Yprk Dr.
Bend, OR 97701-9857

WIN PRD Yacht Co Ltd.
Attn: Adam Smith
PO Box 895
Road Town, Tortola
British Virgin Islands

Westport Shipyard, Inc.
Attn: Joe Stipic
1807 Nyhus St.
PO Box 308
Westport, WA 98595-0308

Wilhelmsen Ships Service Pty Ltd.
c/o Michell Otero Valdes
141 Almeria Ave.
Miami, FL 33134-6008

William Coleman
4119 Staghorn Lane
Weston, FL 33331-3805

Windsong, LLC
Attn: Andy Wilson
7772 Fisher Island Dr.
Miami Beach, FL 33109-0955

Yacht Path International, Inc.
2860 West State Rd. 84, Suite 118
Fort Lauderdale, FL 33312-4810

Yacht Path Palm Beach, Inc.
2860 West State Rd. 84, Suite 118
Fort Lauderdale, FL 33312-4810

Yamashita-Benefit One
Marine Systems, Inc.
c/o H.L. Todd
635 South Camino Real
Palm Springs, CA 92264-7616

Zeus Marine Ventures Ltd.
Attn: Javier Martinez-Campos
Palm Chambers, 197 Main Street
PO Box 4493, Road Town, Tortola
British Virgin Islands

Ashraf H Boutros
2100 East Sample Rd #202
Lighthouse Point, FL 33064-7574

Bernice C. Lee
2385 NW Executive Center Dr. #300
Boca Raton, FL 33431-8530

Bradley S Shraiberg
2385 NW Executive Center Dr. #300
Boca Raton, FL 33431-8530

Henry Mandil
14 Thames Drive
Livingston, NJ 07039-3416

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

Jose Ignacio Sanchez
c/o James H. Perry, II
Perry & Neblett, P.A.
2550 South Bayshore Drive, Suite 11
Miami, FL 33133

Magellan Management & Consulting America
c/o Bino Butto
Perry & Neblett, P.A.
2550 South Bayshore Drive, Suite 11
Miami, FL 33133

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)West Palm Beach

(u)Christian Ganot
Hore Van Den Heuvel Robert,
Aquamarina 422, Amazone Road
Naho

(u)Dartmore Assets Limited
Attn: Kimberly Capasso
Trident Chambers
Wickhams Cay, PO Box 146
Road Town, Tortola, British Virgin

(u)Facula Assets Ltd.
Attn: Guy Guildford
Wickhams Cay
Road Town, Briths Virgin Islands

(u)Ferrum Investment
Attn: Yaniv Soovin
Trust Company Complex
Ajeltake Road, Ajeltake Island
Majuro, Majuro Islands

(u)La Gioconda Ltd.
Attn: Brian Hardman
Suite 1, Level 15, The Business Tower
Portomaso, St. Julians

(u)Money Pitt Ltd.
Attn: Morris Erbesh
Bank of Scotia Bldg.
George Town, Cayman Island

(u)Rum Jungle Properties
Attn: Bruce Foy
80 Brook St.
Mayfair, London W1K5DD

(d)Lloyd Taylor
630 SW Alice St
Portland, OR 97219-4761

End of Label Matrix
Mailable recipients    223
Bypassed recipients      9
Total                  232