

**ORDERED in the Southern District of Florida on September 29, 2015.**

Paul G. Hyman, Jr.
Chief United States Bankruptcy Judge

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In Re: | Case No.: 13-16222-PGH |
| | (Substantively Consolidated) |
| **UNITY SHIPPING LINES, INC., et al.** | |
| | Chapter 7 |
| Debtors. | |
| _____/ | |

**ORDER GRANTING MOTION TO APPROVE STIPULATION TO
COMPROMISE CONTROVERSY WITH MAERSK-RICKMERS U.S.
FLAG PROJECT CARRIER, LLC AND RICKMERS-LINIE
(AMERICA), INC. AND TO PAY GENERAL COUNSEL'S CONTINGENT
FEE AND EXPENSES FROM SETTLEMENT PROCEEDS [ECF NO 602]]**

THIS MATTER came before the Court in West Palm Beach, Florida, on the 22nd day of September, 2015 at 9:30 a.m. upon the *Trustee's Motion to Approve Stipulation to Compromise Controversy With Maersk-Rickmers U.S. Flag Project Carrier, LLC and Rickmers-Linie (America), Inc. and to Pay General Counsel's Contingent Fee and Expenses From Settlement Proceeds* [ECF No. 602] (the "Motion"). The Court, having reviewed the Motion, having noted that no objections to the

1

22725728:2

Stipulation or to the Motion have been timely filed or served, or otherwise raised at the hearing, having heard the argument of counsel, and having been otherwise fully advised in the premises, hereby

**ORDERS AND ADJUDGES** as follows:

1. The Motion [ECF No. 602] is **GRANTED** and the Stipulation attached to the Motion is **APPROVED**.

2. The Court hereby approves the Stipulation and settlement reached between the Trustee and Maersk-Rickmers U.S. Flag Project Carrier, LLC and Rickmers-Linie (America), Inc. (the "Defendants").

3. The terms of the Stipulation are incorporated herein.

4. The Defendants shall pay seventy-six thousand dollars ($76,000.00) ("Settlement Sum") to the Trustee within thirty (30) days of the date this Order becomes a Final Order[1]. Payment of the Settlement Amount shall be made payable to Soneet Kapila, Trustee in Bankruptcy for Unity Shipping Lines, Inc., and shall be delivered to the Trustee's counsel, Rilyn A. Carnahan, Esq., at Greenspoon Marder, P.A., CityPlace Tower, 525 Okeechobee Blvd., Suite 1570, West Palm Beach, Florida 33401.

5. Upon receipt of the Settlement Amount, the Trustee is authorized to disburse to his counsel, Greenspoon Marder, P.A., its 30% contingent fee totaling $22,800.00 plus its reimbursement for the filing fees in the amount of $700.00 advanced for the filing of these adversary proceedings, and the costs of serving the Motion, the Notice of hearing, and this Order, in the amount of $953.04 ($673.20 for copies and $279.84 for postage), for a total disbursement to Greenspoon Marder, P.A. of **$24,453.04**

6. Payment of the Settlement Amount is in full settlement of the adversary proceedings

---

[1] The order shall become a Final Order when the time for seeking reconsideration or reargument or taking an appeal has expired or , in the event an appeal has been taken, the day the order has been affirmed with no further right of appeal, reconsideration or reargument.

2

against the Defendants. Upon receipt and clearance of the Settlement Amount in full, adversary proceeding numbers15-01080-PGH and 15-01089-PGH will be dismissed with prejudice if it has not been dismissed already.

7.The Court finds that all Creditors have been duly noticed of the Motion, the hearing on the Motion, and the proposed settlement.

8.The Court finds that the settlement is in the best interest of creditors and the estate.

9.The Court reserves jurisdiction to enforce the terms of this Order and the Stipulation.

###

Submitted by:
Rilyn Carnahan, Esq.
525 Okeechobee Blvd., Suite 1570
West Palm Beach, FL 33401
(561) 838-4557
Email: rilyn.carnahan@gmlaw.com

*Rilyn A. Carnahan, Esq. is directed to serve copies of this Order on the parties listed and file a certificate of service.*

## Mailing List for 13-16222-PGH

## Electronic Mail Notice List

- Michael R. Bakst    efileu1094@gmlaw.com, FL65@ecfcbis.com;efileu1092@gmlaw.com;efileu1093@gmlaw.com;efileu1733@gmlaw.com
- Jeffrey P. Bast    jbast@bastamron.com, jdepina@bastamron.com;kjones@bastamron.com;jmiranda@bastamron.com;dtimpone@bastamron.com;mdesvergunat@bastamron.com
- Alvin F Benton    alvin.benton@hklaw.com
- Alexandra D Blye    ablye@cfjblaw.com, kdemar@cfjblaw.com;wpbecf@cfdom.net
- Rilyn A Carnahan    rilyn.carnahan@gmlaw.com, efileu1092@gmlaw.com;efileu1089@gmlaw.com;efileu1435@gmlaw.com;efileu1094@gmlaw.com;lauren.baio@gmlaw.com;gregory.stolzberg@gmlaw.com
- Miguel M Cordano    mc@lgplaw.com, lbr@lgplaw.com;hwl@lgplaw.com
- Morgan B. Edelboim    medelboim@bastamron.com, mdesvergunat@bastamron.com;jmiranda@bastamron.com;dtimpone@bastamron.com
- Andrew K Fein    drew@minerleyfein.com, fileclerk@minerleyfein.com;litigation@minerleyfein.com

3

22725728:2

- Andrew K Fein    drew@minerleyfein.com, fileclerk@minerleyfein.com;litigation@minerleyfein.com
- Allison L Friedman    ralfriedman@hotmail.com
- Robert C Furr    bnasralla@furrcohen.com, atty_furrcohen@bluestylus.com
- Andrew J High    ahigh@luxurylawgroup.com
- Robert L. Jennings    hbrj@aol.com, service.rljpa@gmail.com
- Soneet Kapila    trustee@kapilaco.com, ecf.alert+Kapila@titlexi.com
- Todd M LaDouceur    tladouceur@gjtbs.com, kbragg@gjtbs.com
- Bernice C. Lee    blee@sfl-pa.com, vchapkin@sfl-pa.com;dwoodall@sfl-pa.com;ddeluca@sfl-pa.com
- Bernice C. Lee    blee@sfl-pa.com, vchapkin@sfl-pa.com;dwoodall@sfl-pa.com;ddeluca@sfl-pa.com
- Mark A Levy    mark.levy@brinkleymorgan.com, sandra.gonzalez@brinkleymorgan.com;brinkleymorganecf@gmail.com
- Laudy Luna    ll@lgplaw.com, de@lgplaw.com
- Robert D McIntosh    rdm@mcintoshschwartz.com, kbrown@mcintoshschwartz.com;wxs@mcintoshschwartz.com;acooke@mcintoshschwartz.com
- Kenneth L Minerley    ken@minerleyfein.com, litigation@minerleyfein.com;fileclerk@minerleyfein.com
- Arthur C. Neiwirth    aneiwirthcourt@qpwblaw.com
- Arthur C. Neiwirth    aneiwirthcourt@qpwblaw.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- Scott Alan Orth    scott@orthlawoffice.com, notices@orthlawoffice.com,eservicesao@gmail.com
- Joshua C Prever    jprever@morganlewis.com, rbrochin@morganlewis.com;pmartinez@morganlewis.com
- David A Ray    dray@draypa.com, draycmecf@gmail.com;sramirez.dar@gmail.com;bkc@draypa.com
- Ricardo A Reyes    rar@tobinreyes.com, april@tobinreyes.com;eservice@tobinreyes.com
- David Samole    das@kttlaw.com, mc@kttlaw.com;ycc@kttlaw.com
- Esperanza Segarra    esegarra@hinshawlaw.com, clucas@hinshawlaw.com
- Zach B Shelomith    zshelomith@lslawfirm.net, jleiderman@lslawfirm.net;fplechacdiaz@lslawfirm.net;zshelomith@ecf.inforuptcy.com
- Bradley S Shraiberg    bshraiberg@sfl-pa.com, dwoodall@sfl-pa.com;vchapkin@sfl-pa.com;lrosetto@sfl-pa.com;scusack@sfl-pa.com;blee@sfl-pa.com;bshraibergecfmail@gmail.com;ddeluca@sfl-pa.com
- Amy E Stoll    astoll@barnettbolt.com, jhicks@barnettbolt.com;ltimmons@barnettbolt.com
- Billie Tarnove    tarnoveb@comcast.net
- Charles M Tatelbaum    cmt@trippscott.com, lxc@trippscott.com;jlr@trippscott.com;cvp@trippscott.com
- Barry Seth Turner    barry.turner@gmlaw.com, efileu1092@gmlaw.com;efileu1088@gmlaw.com;efileu1094@gmlaw.com;efileu1435@gmlaw.com;lauren.baio@gmlaw.com;Bankruptcy@gmlaw.com;gregory.stolzberg@gmlaw.com
- Michelle O Valdes    mov@chaloslaw.com

4

22725728:2

**Manual Notice List**

Christopher G Bass
411 Walnut St #9147
Green Cove Springs, FL 32043

Ashraf H Boutros
2100 East Sample Rd #202
Lighthouse Point, FL 33064

Rilyn A. Carnahan
c/o Greenspoon Marder, P.A.
250 S. Australian Ave.
Suite 700
West Palm Beach, FL 33401

Richard T. Chapman
One O'Connor Plaza, 7th Floor
POB 1969
Victoria, TX 77902

Joseph Ehrlich
425 California St #2025
San Francisco, CA 94104

Corey E Hoffman
3250 Mary St #400
Coconut Grove, FL 33133

Douglas D Holthaus
Holthaus & Associates
419 La Crescentia Dr
San Diego, CA 92106

William M Iadarola
6B Liberty #245
Aliso Viejo, CA 92656

Soneet Kapila
c/o Kapila & Company
1000 South Federal Highway
Suite 200
Fort Lauderdale, FL 33316

22725728:2

Soneet R. Kapila
Kapila & Company
1000 S. Federal Highway, #200
Fort Lauderdale, FL 33316

James F Martin
ACM Capital Partners
200 South Biscayne Blvd
7th Flr
Miami, FL 33131

Kenneth L. Minerley
Minerley Fein, P.A.
1200 North Federal Highway
Suite 420
Boca Raton, FL 33432

Kunle Ogundele
POB 3382
Atlanta, GA 30302

John A. Orzel
120 Mountain View Blvd
Basking Ridge, NJ 07920

Neal & Lynn Parker
7001 Seaview Ave NW #160-552
Seattle, WA 98117

David A. Ray, P.A.
David A. Ray, P.A.
901 South Federal Highway
Suite 300
Ft. Lauderdale, FL 33316

James Taylor
CMR 427, BOX 2703
APO, AE 09630

Lloyd Taylor
630 SW Alice St
Portland, OR 97219

22725728:2

Tianjin Cosco Shipping Co., Ltd.
Attn: Vincent Xu
Guangzhou Ocean Plaza
20 Huacheng Ave Tianhe District
Guangzhou,

**As well as:**

Michael Holbein, Esq.
171 17th Street NW
Suite 2100
Atlanta, Georgia 30363

Michael.Holbein@AGG.com

Darryl S. Laddin, Esq.
171 17th Street NW
Suite 2100
Atlanta, Georgia 30363

Darryl.Laddin@AGG.com

**All Creditors on the Court's Master Creditor Matrix (and pursuant to the shortened notice list as approved by the Court)**

# Mailing List for 13-16247-PGH

# Electronic Mail Notice List

- Michael R. Bakst     efileu1094@gmlaw.com, FL65@ecfcbis.com;efileu1092@gmlaw.com;efileu1093@gmlaw.com;efileu1733@gmlaw.com
- Rilyn A Carnahan     rilyn.carnahan@gmlaw.com, efileu1092@gmlaw.com;efileu1089@gmlaw.com;efileu1435@gmlaw.com;efileu1094@gmlaw.com;lauren.baio@gmlaw.com;gregory.stolzberg@gmlaw.com
- Robert L. Jennings     hbrj@aol.com, service.rljpa@gmail.com
- Soneet Kapila     trustee@kapilaco.com, ecf.alert+Kapila@titlexi.com
- Bernice C. Lee     blee@sfl-pa.com, vchapkin@sfl-pa.com;dwoodall@sfl-pa.com;ddeluca@sfl-pa.com
- Office of the US Trustee     USTPRegion21.MM.ECF@usdoj.gov
- Ricardo A Reyes     rar@tobinreyes.com, april@tobinreyes.com;eservice@tobinreyes.com
- Bradley S Shraiberg     bshraiberg@sfl-pa.com, dwoodall@sfl-pa.com;vchapkin@sfl-pa.com;lrosetto@sfl-pa.com;scusack@sfl-pa.com;blee@sfl-pa.com;bshraibergecfmail@gmail.com;ddeluca@sfl-pa.com
- Michelle O Valdes     mov@chaloslaw.com

7

22725728:2

## Manual Notice List

    Christopher G Bass
    411 Walnut St #9147
    Green Cove Springs, FL 32043

    Richard T. Chapman
    One O'Connor Plaza, 7th Floor
    POB 1969
    Victoria, TX 77902

    Creditor Committee

    William M Iadarola
    6B Liberty #245
    Aliso Viejo, CA 92656

    Soneet Kapila
    c/o Kapila & Company
    1000 South Federal Highway
    Suite 200
    Fort Lauderdale, FL 33316

    Steven Scarpa, Manager Marin International Yacht Sales LLC
    235 Posada Del Sol
    Novato, CA 94949

    Lloyd Taylor
    630 SW Alice St
    Portland, OR 97219

**All Creditors on the Court's Master Creditor Matrix (and pursuant to the shortened notice list as approved by the Court)**

## Mailing List for 13-16261-PGH

## Electronic Mail Notice List

- Michael R. Bakst    efileu1094@gmlaw.com, FL65@ecfcbis.com;efileu1092@gmlaw.com;efileu1093@gmlaw.com;efileu1733@gmlaw.com
- Rilyn A Carnahan    rilyn.carnahan@gmlaw.com, efileu1092@gmlaw.com;efileu1089@gmlaw.com;efileu1435@gmlaw.com;efileu1094@gmlaw.com;lauren.baio@gmlaw.com;gregory.stolzberg@gmlaw.com
- Soneet Kapila    trustee@kapilaco.com, ecf.alert+Kapila@titlexi.com
- Bernice C. Lee    blee@sfl-pa.com, vchapkin@sfl-pa.com;dwoodall@sfl-pa.com;ddeluca@sfl-pa.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov

22725728:2

- Bradley S Shraiberg    bshraiberg@sfl-pa.com, dwoodall@sfl-pa.com;vchapkin@sfl-pa.com;lrosetto@sfl-pa.com;scusack@sfl-pa.com;blee@sfl-pa.com;bshraibergecfmail@gmail.com;ddeluca@sfl-pa.com

## Manual Notice List

Christopher Bass
411 Walnut St #9147
Green Cove Springs, FL 32043

William M Iadarola
6B Liberty #245
Aliso Viejo, CA 92656

Soneet Kapila
c/o Kapila & Company
1000 South Federal Highway
Suite 200
Fort Lauderdale, FL 33316

**All Creditors on the Court's Master Creditor Matrix (and pursuant to the shortened notice list as approved by the Court)**

## Mailing List for 13-16265-PGH

## Electronic Mail Notice List

- Michael R. Bakst    efileu1094@gmlaw.com, FL65@ecfcbis.com;efileu1092@gmlaw.com;efileu1093@gmlaw.com;efileu1733@gmlaw.com
- Rilyn A Carnahan    rilyn.carnahan@gmlaw.com, efileu1092@gmlaw.com;efileu1089@gmlaw.com;efileu1435@gmlaw.com;efileu1094@gmlaw.com;lauren.baio@gmlaw.com;gregory.stolzberg@gmlaw.com
- Soneet Kapila    trustee@kapilaco.com, ecf.alert+Kapila@titlexi.com
- Bernice C. Lee    blee@sfl-pa.com, vchapkin@sfl-pa.com;dwoodall@sfl-pa.com;ddeluca@sfl-pa.com
- Arthur C. Neiwirth    aneiwirthcourt@qpwblaw.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- Bradley S Shraiberg    bshraiberg@sfl-pa.com, dwoodall@sfl-pa.com;vchapkin@sfl-pa.com;lrosetto@sfl-pa.com;scusack@sfl-pa.com;blee@sfl-pa.com;bshraibergecfmail@gmail.com;ddeluca@sfl-pa.com

## Manual Notice List

Christopher Bass
411 Walnut St #9147
Green Cove Springs, FL 32043

9

22725728:2

Soneet Kapila
c/o Kapila & Company
1000 South Federal Highway
Suite 200
Fort Lauderdale, FL 33316

**All Creditors on the Court's Master Creditor Matrix (and pursuant to the shortened notice list as approved by the Court)**

22725728:2